Albert Mueller, executor of the will of Henry Chapino, deceased, appellant, v. Dora Barcus, appellee.

Bill to construe will as to disposition of income from property. Decree granting rents, issues and profits to defendant for life. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

Jesse Peebles, for appellant.    Thos. Rinaker and T. K. Rinaker, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

George A. Kizer and John T. Reynolds, copartners, trading as Kizer-Reynolds Motor Company, appellants, v. C. H. Harwood, appellee.

Bill to reform contract for sale of automobile. Dismissed for want of equity. Appeal from the Circuit Court of Coles county; the Hon. A. A. Partlow, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

Vause & Kiger, for appellants. Edward C. Craig, Donald B. Craig, James W. Craig, Craig Van Meter and Fred H. Kelly, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Illinois Corrugated Metal Company, appellant, v. Commissioner of Highways of Tremont Township, appellee.

Assumpsit for price of metal culverts sold. Judgment for defendant. Appeal from the Circuit Court of Tazewell county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

L. P. Dunkelberg and William A. Potts, for appellant. J. M. Powers, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Carl H. Elshoff, appellee, v. Thomas F. Murray, appellant.

Preliminary order of injunction granted. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1923. Appeal dismissed. Opinion filed April 23, 1923.

Soelke & Johnson and George W. Kenney, for appellant. John G. Friedmeyer and Winston, Strawn & Shaw, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Frank B. Vennum, appellee, v. Virgil W. Johnston, appellant.

Action of trover for possession of abstract books. Judgment for plaintiff. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1922. Reversed and cause remanded. Opinion filed May 2, 1923.

Dobbins & Dobbins. for appellant. Louis A. Busch and LeForgee, Black & Samuels, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Millard F. Dunlap, appellant, v. Calvin Lawson, appellee.

Bill for injunction to restrain appellee from going upon land and

harvesting forty acres of wheat on one tract and ten acres on a separate farm. Temporary injunction granted. Decree entered dissolving temporary injunction so far as the forty acres were concerned, but sustaining it as to the ten acres; finding that the wheat on the ten acres was one-fourth of all wheat in question and that the value thereof was less than rent due, and awarding entire possession thereof to appellant; and providing that out of the balance raised on the forty acres costs should be paid, and $400.00 rent for two years, and denying motion of appellee to assess damages upon dissolution of the injunction as to the forty acres, awarding balance to appellee. Appeal from the Circuit Court of Morgan county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded with directions. Opinion filed May 2, 1923.

John J. Reeve, for appellant; Hugh P. Green and Morrison Worthington, of counsel. Wm. N. Hairgrove, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**G. S. Hardy et al., appellants, v. W. S. Jones et al., appellees.**

Bill for mandatory injunction. Dismissed for want of equity. Appeal from the Circuit Court of Edgar county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed May 2, 1923.

George W. Bristow, State's Attorney, and Wilber H. Hickman, for appellants. Stewart W. Kincaid and James K. Lauher, for appellees.

Per Curiam.

---

# FOURTH DISTRICT.

---

**The People of the State of Illinois ex rel. Florence E. Elam, appellee, v. George Stanberry, appellant.**

Complaint in bastardy. Verdict finding defendant to be father of the child of prosecuting witness. Judgment accordingly. Appeal from the County Court of Bond county; the Hon. W. H. Hubbard, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed July 2, 1923.

F. M. Guinn, for appellant. J. H. Alliv and Jond D. Biggs, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

**Audra Cunningham, appellee, v. Clyde Cunningham, appellant.**

Bill for separate maintenance for extreme and repeated cruelty. Judgment for complainant. Appeal from the Circuit Court of Wayne county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1923. Reversed and remanded. Opinion filed July 2, 1923.

Creighton & Thomas, for appellant. Roscoe Forth, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.